Vinay V. Joshi (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Michael C. Ting (Calif. Bar No. 247610)
mting@thepatentattorneys.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile:  (216) 696-8731

Counsel for Defendants
ASUS Computer International and
ASUSTeK Computer Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VDPP LLC<br><br>Plaintiff,<br><br>v.<br><br>ASUS COMPUTER INTERNATIONAL AND ASUSTeK COMPUTER INC.,<br><br>Defendants. | Case No. 3:20-cv-02473-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS ASUS COMPUTER INTERNATIONAL AND ASUS COMPUTER INC.**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Edward M. Chen |

PLEASE TAKE NOTICE that Michael C. Ting, California State Bar No. 247610, of Amin Turocy & Watson LLP hereby enters his appearance as counsel of record for Defendants ASUS Computer International and ASUSTeK Computer Inc. in the above-captioned matter.

Dated: April 5, 2021                               Respectfully submitted,

                                                */s/ Michael C. Ting*
Vinay V. Joshi
vjoshi@thepatentattorneys.com
Michael C. Ting
mting@thepatentattorneys.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile:  (216) 696-8731

**Attorneys for Defendants**
**ASUS Computer International and ASUSTeK Computer Inc.**