Todd C. Atkins (SBN 208879)
tatkins@atkinsdavidson.com
ATKINS & DAVIDSON, APC
2261 Rutherford Road
Carlsbad, CA 92008
Tel: 619.665.3476

Matthew M. Wawrzyn (*pro hac vice*)
matt@wawrzynlaw.com
WAWRZYN LLC
200 East Randolph Street, Suite 5100
Chicago, IL 60601
Tel: 312.235.3120

*Attorneys for VDPP LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VDPP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>    Defendants. | Case No. 3:20-CV-02473<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff hereby gives notice of the dismissal of this case *without* prejudice.

NOTICE OF DISMISSAL      -1-      Case No. 3:20-cv-02473

| | |
|---|---|
| Date: April 28, 2021 | */s/ Todd Atkins*<br>Todd C. Atkins (SBN 208879)<br>tatkins@atkinsdavidson.com<br>ATKINS & DAVIDSON, APC<br>2261 Rutherford Road<br>Carlsbad, CA 92008<br>Tel: 619.665.3476<br><br>Matthew M. Wawrzyn (*pro hac vice*)<br>matt@wawrzynlaw.com<br>WAWRZYN LLC<br>200 Randolph Street, Suite 5100<br>Chicago, IL 60601<br>Tel: 312.235.3120<br><br>*Attorneys for VDPP LLC* |

**GRANTED**

*Judge Edward M. Chen*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA